## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

IN RE: Angela M. Kish                                            CASE NO: 09-10338

### ORDER

Considering the debtor's plan filed July 29, 2009, the lack of objection to the plan, the record of the case and applicable law,

**IT IS ORDERED** that:

1) The debtor's plan, as modified, is confirmed.

2) Debtors first payment was due July 16, 2009 .

3) On or before the 28th day of each succeeding month thereafter until further order, the debtors shall pay to the trustee, Annette C. Crawford, Post Office Box 2159, Memphis, Tennessee 38101-2159, the sum of $300 MONTHS 1-40, $600.00 MONTHS 41-60.

4) The debtor's employer is ordered to deduct payments from the debtor's earnings as stated in paragraph 3 above, on a monthly basis, and remit those payments to the trustee by check within a month of their being withheld, made payable to Annette C. Crawford, Standing Chapter 13 Trustee, P.O. Box 2159, Memphis, Tennessee 38101-2159, and including the debtor's bankruptcy case number for identification.

5) Debtor must submit disposable income received during the term of the plan, including federal and state tax refunds, to the trustee to be distributed to the debtor(s) creditors.

6) Debtor(s) shall provide promptly to the Standing Chapter 13 Trustee a copy of their timely filed federal and state tax returns annually until their case is completed. The copies should be provided to the trustee no later than the April 15, deadline. Failure to file tax returns within the time required by law and failure to turn over all tax returns during the Chapter 13 case will constitute grounds for dismissal or conversion with a bar to refiling.

7) Any parties owing debtors/debtors-in-possession any sums now or during their Chapter 13 Bankruptcy (such as personal injury claims, worker compensation claims, or any other liquidated or unliquidated claims) are ordered to disburse those funds to the Chapter 13 Trustee pending further Order of the court.

8) Compensation in the sum of $ 2500.00  and reimbursement of expenses in the sum of $274.00 , is allowed to counsel for the debtor(s).

Baton Rouge, Louisiana, October 22, 2009.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE