**OFFICE OF THE CHAPTER 13 TRUSTEE**
MIDDLE DISTRICT OF LOUISIANA
**ANNETTE CLAYTON CRAWFORD**
**TRUSTEE**
POST OFFICE BOX 64868
BATON ROUGE, LOUISIANA 70896
(225) 928-2531
FAX (225) 928-3237

July 10, 2014

ANGELA M. KISH
5338 ISLAND RD.
JARREAU, LA  70749

RE: YOUR CHAPTER 13 BANKRUPTCY
CASE NO.:09-10338

Dear Debtor(s):

I wish to congratulate you on the successful completion of your payments in your Chapter 13 Plan. My staff and I realize the amount of effort and discipline required to complete a plan such as yours.

Your payments have been completed and if all of your other requirements have been met the Judge will enter the Discharge Order in your case and a copy will be mailed to you.  Contact your attorney so that they can notify you of other requirements to complete before the Court will issue your discharge.

You should also contact your attorney and discuss with him or her what your next step might be (for instance, you may have a creditor who is holding the title to your car which was paid for you in the plan).

Upon receipt of your **Discharge Order** you should send a copy to the Credit Bureau for their records.  **This document is very important and you may need it in future years**.  Neither my office nor the Court retains records due to space constraints.  If you should find that you need a copy of your Discharge Order, you can order a copy and pay a fee at the Bankruptcy Clerks Office who will send your request to Archives.

Best Wishes,

ANNETTE C. CRAWFORD
CHAPTER 13 STANDING TRUSTEE